IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIAM S. NICOLAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 2:05-CV-00442-TJW |
| | § | |
| | § | |
| | § | |
| MCI HEALTH AND WELFARE | § | |
| PLAN NO. 501 | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For reasons more fully expressed in the Court's memorandum opinions and orders in the above entitled and numbered cause, it is ORDERED, ADJUDGED, AND DECREED that plaintiff, William S. Nicolas have and recover from the defendant, MCI Health and Welfare Plan No. 501, an amount of $122,529.48 in past benefits, plus pre-judgment interest in the amount of $15,329.91, attorney's fees in the total amount of $64,116.25, and costs in the amount of $345.00. The judgment shall bear interest at the lawful federal rate.

All relief not expressly granted is DENIED. This is the FINAL JUDGMENT. All pending motions are DENIED as moot.

SIGNED this 18th day of February, 2009.

_____

T. JOHN WARD
UNITED STATES DISTRICT JUDGE